UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ISMAEL VALDEZ, | Case No. 25-cv-01450-JST |
| Plaintiff, |  |
| v. | **ORDER OF DISMISSAL** |
| M. UVA, |  |
| Defendant. |  |

On or about February 12, 2025, Plaintiff commenced this action by filing the letter docketed at ECF No. 1. ECF No. 1. That same day, the Court opened a civil rights action pursuant to this letter because Plaintiff sought relief from this Court. The Court sent Plaintiff deficiency notices informing him that the action could not proceed without a complaint filed on the proper form, and a complete *in forma pauperis* application. ECF Nos. 2, 3. The Court ordered Plaintiff to submit a complaint on the proper form and a complete *in forma pauperis* application by March 12, 2025, or the action would be dismissed without prejudice. ECF Nos. 2, 3. On March 5, 2025, Plaintiff filed a petition for a writ of habeas corpus, ECF No. 5, and three applications to proceed *in forma pauperis*, ECF Nos. 6-8. All three *in forma pauperis* applications are incomplete because they lack the required trust account statement. ECF Nos. 6-8. Plaintiff has not filed a complete *in forma pauperis* application, and the deadline to do so has passed. Accordingly, this action is DISMISSED for failure to file a complete *in forma pauperis* application or, in the alternative, pay the full filing fee. The dismissal is without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must (1) be accompanied by either the filing fee or a complete *in forma pauperis* application; and (2) inform the Court whether Plaintiff seeks to file a petition for a writ of habeas corpus, i.e. to challenge the legality of his

1   custody, or a civil rights action, i.e. to challenge his conditions of confinement.  Judgment is

2   entered in favor of Defendants and against Plaintiff.  The Clerk shall close the case.

3       **IT IS SO ORDERED.**

4   Dated: April 8, 2025



5   _____

6                       JON S. TIGAR
                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California